# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00694-CV

**Laverna Stuermer, Appellant**

**v.**

**Inez L. Klaeveman, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY
NO. 01G017-l2, HONORABLE PENNY ANNE ROBERTS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal, representing that they have resolved their dispute. We grant their motion and dismiss this appeal.

Jan P. Patterson

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed: March 6, 2003